IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Omar F. Barnes<br>2307 Goodhope Court, S.E. #203<br>Washington, D.C. 20020<br><br>    Plaintiff<br>v.<br><br>Montgomery County<br>Executive Office Bldg.<br>101 Monroe Street, 2nd Floor<br>Rockville, Maryland 20850<br><br>SERVE<br>John Markovs, Acting County Attorney<br>101 Monroe St., 3rd Floor<br>Rockville, Maryland 20850<br><br>and<br><br>Montgomery County Police Department<br>Public Safety Headquarters<br>100 Edison Park Drive<br>Gaithersburg, MD 20878<br><br>SERVE<br>John Markovs, Acting County Attorney<br>101 Monroe St., 3rd Floor<br>Rockville, Maryland 20850<br><br>    Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **COMPLAINT**

1. This is a civil action seeking damages against defendants for committing acts, under color of law, which deprived Omar F. Barnes ("Mr. Barnes") of rights secured under the Constitution And laws of the United States; for conspiring for the purposes of impeding and hindering the due course of Justice, with intent to deny Mr. Barnes equal

–1–

protection of laws; for refusing or neglecting to prevent such deprivations and denials to Mr. Barnes; and, for committing common law torts. The court has jurisdiction of this action under 42.U.S.C.1983 and 28 U.S.C. §1343.

2. The court also has jurisdiction under 28 U.S.C. §1331.

3. Venue is proper in United States District Court for the District of Maryland because the acts and transactions complained of herein all occurred within this District.

3. Mr. Barnes is a citizen and resident of Washington, District of Columbia, and United States of America.

4. On July 8, 2020, Mr. Barnes provided notice of his claims to defendants Montgomery County pursuant to Maryland Code, Courts and Judicial Proceedings Article, § 5-301 *et. seq.* (Exhibit 1)

5. Defendant Montgomery County acknowledged the claim on July 16, 2020 (Exhibit 2)

6. Defendant Montgomery County, is a legal jurisdiction organized under the laws of the State of Maryland.

7. Montgomery County Police Department ("MCPD"), is the primary law enforcement agency for Montgomery County.

8. At all times material to this Complaint, defendant MCPD officers were employees of Montgomery County and acted under color of the statutes, customs, ordinances, and uses of the State of Maryland, Montgomery County, and the MCPD.

## COUNT I

9. Mr. Barnes incorporates paragraphs 1-8, above, as if fully set forth herein.

10. On the evening of May 7, 2019, Mr. Barnes was at a 7-Eleven store located at or around 11303 Lockwood Drive, Silver Spring, Maryland ("the 7-Eleven").

11. At the same time, a task force of MCPD officers in plain clothes had been deployed to the immediate area of the 7-Eleven in response to a rash of robberies that had occurred at similar establishments.

12. Because, unbeknownst to him at the time, Mr. Barnes apparently fit the general description of the or one of the perpetrators for whom the MCPD officers were looking, Mr. Barnes was suspected by the MCPD officers as being either the or one of the perpetrators of the robberies, despite the fact that Mr. Barnes was not engaged in any criminal conduct.

13. While at the 7-Eleven, a verbal altercation began between the clerk and one of Mr. Barnes' acquaintances with whom he had arrived at the 7-Eleven; Mr. Barnes became afraid and left the 7-Eleven.

14. Immediately upon leaving the 7-Eleven, 5 MCPD officers who were located in the immediate area chased Mr. Barnes, stopped him in or around the parking lot of Lockwood Laundromat, located at 11065 Lockwood Drive, Silver Spring, Maryland and forcibly knocked him to the pavement.

15. After completely surrounding and restraining Mr. Barnes, and while Mr. Barnes was on the pavement in the parking lot, 2 or more of the MCPD police officers kicked and punched Mr. Barnes repeatedly, striking him in the head. This activity was recorded on the body-worn camera of a responding officer who arrived on the scene with a police dog.

16. Notwithstanding the fact that Mr. Barnes was not a threat to the MCPD officers, having been subdued at that point, the officers repeatedly punched and kicked Mr. Barnes while he was on the pavement of the parking lot.

17. Mr. Barnes was finally handcuffed and placed under formal arrest and taken into custody; while in custody, Mr. Barnes never was asked if he needed any medical care or treatment.

18. As a result of the actions and conduct by the MCPD officers who were acting in their ministerial capacity as defendants' agents, servants, and employees, Mr. Barnes suffered body injuries, including a fractured orbital bone, head contusions and lacerations requiring 16 sutures, exacerbation of nasal/sinus conditions, possible glycoma, extreme pain, suffering, and anxiety for which he requires prescription medication, and has continued to suffer from restlessness, loss of sleep, and fear.

19. As a result of their concerted unlawful and malicious physical abuse of Mr. Barnes, defendants Montgomery County and MCPD, through their employee-, agent-, servant-, and representative-MCPD officers, deprived Mr. Barnes of his right to equal protection of the laws, and impeded the due course of justice, in violation of the Fifth and Fourteenth Amendments of the Constitution of the United States and 42 U.S.C. §1983

WHEREFORE, plaintiff Omar F. Barnes, demands judgment against defendants, jointly and severally, for compensatory damages in the amount of $2,000,000.00 and further demands judgment against each of said Defendants (except Montgomery County), jointly and severally, for punitive damages in the amount of $5,000,000.00, plus the costs of this action and such other relief as the Court deems just and equitable.

_____
Francis C. Lanasa # 03820
220 Bosley Avenue
Towson, Maryland 21204
(443) 250-0688
flanasa@comcast.net
Attorney for Omar F. Barnes

## REQUEST FOR JURY TRIAL

Omar F. Barnes requests a jury trial on all issues.

_____
Francis C. Lanasa