**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**
**GREENBELT, MARYLAND 20770**
**301-344-0632**

## MEMORANDUM

TO:        Counsel of Record

FROM:      Judge Peter J. Messitte

RE:        Barnes v. Montgomery Cnty., Md.
           No. 22-cv-1112

DATE:      June 28, 2023

\* \* \*

The Court has received Plaintiff Omar Barnes's Motion for Leave to File Amended Complaint (ECF No. 28) and Defendants' response thereto indicating they do not oppose his request for leave (ECF No. 32). Accordingly, the Court orders that:

1.  Barnes's Motion for Leave to File Amended Complaint (ECF No. 28) is **GRANTED.**

2.  Defendants' Motion to Dismiss Plaintiff's Original Complaint (ECF No. 17) is **DENIED AS MOOT.**

3.  Defendants **MAY** file a Motion to Dismiss Plaintiff's Amended Complaint.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Peter J. Messitte
United States District Judge

CC:    Court file
       Counsel of Record

1